# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1816.  ALBERT WILSON et al. v. CHATTAHOOCHEE RUN COMMUNITY ASSOCIATION, INC.

In this civil action, Chattahoochee Run Community Association, Inc. obtained a default judgment against Albert Wilson and Angela Wilson, and the Wilsons moved to set aside the judgment under OCGA § 9-11-60 (d) (3). The trial court denied the motion to set aside, and the Wilsons filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). The Wilsons' failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal. Accordingly, the appellee's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  07/18/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*